UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES L. WARD, | ) | 3:06-CV-0580-BES (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | March 29, 2007 |
| | ) | |
| REGIONAL TRANSPORTATION | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed a Motion requesting that the Defendant pay the cost of an independent inspection of any video the Defendant may produce to be ensure that it has not been altered and to have four subpoenas served on the Defendant (Doc. #17). Defendant has opposed the Motion (Doc. #19).

Plaintiff has stated no reason to have any videos inspected nor has he presented any authority that would mandate the Defendant paying for such an inspection should one be warranted.

///
///

MINUTES OF THE COURT
3:06-CV-0580-BES (RAM)
March 29, 2007
Page Two
_____


  Plaintiff was advised in the Order granting full in forma pauperis status that "This order granting in forma pauperis status shall not extend to the issuance of subpoenas at government expense." It is Plaintiff's responsibility to obtain the issuance and arrange for the service of any subpoenas in this case.

  Plaintiff's Motion (Doc. #17) is <u>DENIED</u>.

  IT IS SO ORDERED.


             LANCE S. WILSON, CLERK

             By: _____/s/_____
                Deputy Clerk