UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES L. WARD, | ) | 3:06-CV-0580-BES (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | April 23, 2007 |
| | ) | |
| REGIONAL TRANSPORTATION COMMISSION, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   Defendant has filed a Motion to Enlarge Time (Doc. #24).

   Defendant's Motion to Enlarge Time (Doc. #24) is GRANTED. Defendant shall have ten (10) days from the date the court rules on Defendant's Motion for Summary Judgment to respond to Plaintiff's Motion for this Court to Take Action against Defendants in Relief of Physical, Emotional and Personal Property Damages (Doc. #21).

   IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk